event. Held, that the evidence in this case was of such character as to make the testamentary capacity of the decedent a question for the jury.

---

KEARNEY, Appellant, v. SEYMOUR, Respondent. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by Timothy Kearney against Charles F. Seymour. J. Rowan, for appellant. A. I. Elkus, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

---

KELLOGG, Appellant, v. KAIM et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Rawdon W. Kellogg, as receiver, etc., against Andreas Kaim and others. No opinion. Judgment affirmed, with costs.

---

KELLY, Appellant, v. PENFIELD et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Richard Kelly against James T. Penfield and another.

PER CURIAM. Judgment (67 Misc. Rep. 272, 122 N. Y. Supp. 811) modified, by striking therefrom so much thereof as provides that defendant may pay to plaintiff $1,725, the present value of lot 97 as fixed by the court, together with the costs as taxed, being in consideration of, and to be paid upon, conveyance by plaintiff to defendant James T. Penfield of the title to said lot 97, and, as so modified, the judgment is affirmed, without costs.

HIRSCHBERG, J., votes to affirm upon the opinion of Mr. Justice Morschauser at Special Term.

---

KENNEDY, Respondent, v. C. L. GRAY CONST. CO., et al., Appellants. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by James Kennedy against the C. L. Gray Construction Company and others. L. Cohn, for appellants. R. M. Cox, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

KESSLER, Appellant, v. TOWN OF ASHFORD, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 22, 1911.) Action by Herman Kessler against the Town of Ashford. No opinion. Judgment reversed, and new trial ordered, with costs to appellant to abide event. Held, that the notice served was sufficient.

---

KETTLE, Appellant, v. TRUST CO. OF AMERICA, Respondent, et al. (Supreme Court, Appellate Division, First Department. April 21, 1911.) Action by Julia C. Kettle against the Trust Company of America, impleaded with others. A. W. Otis, for appellant. A. B. Boardman, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

In re KINDBERG. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Appeal from Trial Term, New York County. In the matter of Edward O. Kindberg, deceased. Appeal from an order opening default of the Presbyterian Hospital at Trial Term. Order modified and affirmed. James M. Hunt, for appellant. D. Leventritt, for respondent.

PER CURIAM. The order should be modified, so as to require, as a condition of opening the default, the payment to the contestants of $30 trial fee and the disbursements of the trial at Trial Term, and $10 costs of opposing motion. As so modified, the order should be affirmed, without costs.

---

In re KLEINPETER. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) In the matter of the application of Napoleon Bonaparte Kleinpeter for admission to the bar. No opinion. Application granted.

---

KOPINSKI, Respondent, v. GLOBE WOOLEN CO., Appellant. Supreme Court, Appellate Division, Fourth Department. March 14, 1911.) Action by Casimir Kopinski, an infant, etc., against the Globe Woolen Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

KOPLINGER, Appellant, v. AMERICAN LOCOMOTIVE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Frank Koplinger, against the American Locomotive Company. No opinion. Judgment and order affirmed, with costs.

---

KORANSKY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 28, 1911.) Action by Simon Koransky against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

KORANSKY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Simon Koransky against the Brooklyn Heights Railroad Company. No opinion. Motions denied, without costs. See, also, supra.

---

KOUWENHOVEN, Respondent, v. GIFFORD et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by William H. Kouwenhoven against Electa Gifford and others. No opinion. Motion denied, without costs, on the ground that no final order has been entered herein from which an appeal lies to the Court of Appeals without permission from this court. Code Civ. Proc. § 190. See, also, 127 N. Y. Supp. 1128.

---

KOUWENHOVEN v. GIFFORD et al. (Supreme Court, Appellate Division, Second